IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ADAM COHN, Individually and on Behalf of All
Others Similarly Situated,

        Plaintiff,

vs.

PREMIUM CAPITAL FUNDING, LLC D/B/A
TOP DOT MORTGAGE, DAVID BROWN,
KOLMAN BROWN, FRANK FIORE, AND
DANIEL MANSI,

        Defendants.

Case No. 2:10-cv-03270-LDW-ARL

## STATUS REPORT

NOW COMES the Plaintiff, pursuant to the Court's September 6, 2011 Order, and states the following:

1. Plaintiff filed his Complaint against Defendants in the federal district court for the Southern District of Florida on April 30, 2009. Plaintiff, individually and on behalf of all others similarly situated, brings claims as a collective action pursuant to the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.*

2. On July 15, 2010, the federal district court for the Southern District of Florida entered an Order transferring this case to the Eastern District of New York, where a similar case, *Daniels et al. v. Premium Mortgage Funding, LLC et al.*, 08 cv 4736 (" the *Daniels* case") is pending.

3. The *Daniels* case commenced trial before this Court yesterday, September 6, 2011.

September 7, 2011

Respectfully Submitted,

/s/ James B. Zouras
James B. Zouras
jzouras@stephanzouras.com
Stephan Zouras, LLP
*Co-Counsel for Plaintiffs*
205 North Michigan Avenue
Suite 2560
Chicago, Illinois 60601
Tel: 312.233-1550
Fax: 312.233.1560

Erik H. Langeland
elangeland@langelandlaw.com
Erik H. Langeland, P.C.
*Co-Counsel for Plaintiffs*
500 Fifth Avenue
Suite 1610
New York, New York 10110
Tel: 212.354.6270
Fax: 212.898.9086

Robert S. Norell
robnorell@aol.com
Robert S. Norell, P.A.
*Co-counsel for Plaintiffs*
7350 N.W. 5th Street
Plantation, Florida 33317
Tel: 954.617.6017
Fax: 954.617.6018

**ATTORNEYS FOR PLAINTIFF**