IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM COHN Individually, and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | Case No. CV 10-cv-03270 |
| v. ) ) | JUDGE WEXLER |
| PREMIUM CAPITAL FUNDING, LLC D/B/A TOP DOT MORTGAGE, DAVID BROWN, KOLMAN BROWN, FRANK FIORE and DANIEL MANSI, ) ) ) ) ) ) | MAGISTRATE JUDGE LINDSAY |
| Defendants. ) ) | |

## STIPULATED JUDGMENT ORDER

Plaintiff, Adam Cohn, individually and on behalf of all others similarly situated and Defendant Kolman Brown stipulate to the entry of judgment in this matter in the amount of $977,656.68.

Plaintiffs further stipulate that they will not seek to enforce this judgment on Kolman Brown's primary residence located at 1888 County Highway 8, Denver, New York, 12421 or New York life insurance policies held in the name of the Kolman Brown Family Trust in the sum total of $500,000 or less. Plaintiffs also agree not to seek any garnishments of Kolman Brown's wages of $4,000.00 or less per month.

IT IS HEREBY ORDERED that judgment is entered for Adam Cohn, individually and on behalf of all others similarly situated, and against Defendant Kolman Brown in the amount of $977,656.68.

Respectfully submitted,

/s/ Erik H. Langeland
Erik H. Langeland
ERIK H. LANGELAND, P.C.
500 Fifth Avenue, Suite 1610
New York, NY 10110
Phone: (212) 354-6270
Fax: (212) 898-9086
elangeland@langelandlaw.com

Kolman Brown (*Pro Se*)
1888 County Highway 8
Denver, NY 12421

1

James B. Zouras
Ryan F. Stephan
(Admitted Pro Hac Vice)
STEPHAN ZOURAS, LLP
205 North Michigan Avenue
Suite 2560
Chicago, IL 60601
(312) 233-1550
(312) 233-1560 (Fax)

ATTORNEYS FOR PLAINTIFFS


Dated: _____ day of _____, 2014         BY THE COURT:


_____
Leonard D. Wexler, U.S.D.J.